

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00486-CR

**IN RE** John Bernard **WILLIAMS, III**

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice
             Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

Delivered and Filed: November 26, 2025

MOTION FOR EN BANC RECONSIDERATION OF ORDER DENYING PETITION FOR WRIT OF MANDAMUS DENIED; ALL PENDING MOTIONS DENIED AS MOOT

Relator filed his petition for writ of mandamus on July 31, 2025. We denied the petition on August 20, 2025, because it failed to comply with Rule 52 of the Texas Rules of Appellate Procedure in multiple respects. Relator filed a motion for en banc reconsideration on August 25, 2025.

---

[1]This proceeding arises out of Cause No. 2019CR6240, styled *State of Texas v. John Bernard Williams, III*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Kristina Escalona presiding.

In a related appeal, assigned cause number 04-25-00379-CR, the court converted that appeal to an original proceeding and directed relator to file a petition for writ of mandamus that complies with Rule 52.3 of the Texas Rules of Appellate Procedure within twenty days of August 26, 2025. In response, relator filed in this matter, 04-25-00486-CR, a "petition for writ of mandamus en banc" on September 8, 2025. The September 8, 2025 petition does not comply with Rule 52.3 in numerous respects.

Neither the motion for en banc reconsideration or the subsequently filed "petition for writ of mandamus en banc" meet the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief. *See In re Williams*, No. 14-25-00068-CR, 2025 WL 635259, at *1 (Tex. App.—Houston [14th Dist.] Feb. 27, 2025, orig. proceeding) (denying mandamus relief for failure to comply with the Texas Rules of Appellate Procedure); *In re Guillaume*, No. 05-24-00765-CV, 2024 WL 3548511, at *1 (Tex. App.—Dallas July 26, 2024, orig. proceeding) (same). Accordingly, the motion for en banc reconsideration and the subsequently filed "petition for writ of mandamus en banc" are **DENIED**. Any pending motions are **DENIED AS MOOT**.

PER CURIAM

DO NOT PUBLISH